ELIZABETH VENABLE, Respondent, v. THE CITY OF NEW YORK, Appellant.* — Judgment and order denying motion for a new trial on the ground of newly-discovered evidence affirmed, with costs. No opinion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Scudder, J., dissents and votes for reversal and dismissal of the complaint.

CHARLES VETTER, Appellant, v. JOHN F. RIGNEY, Respondent, and Others, Defendants.— Order denying plaintiff's motion for a deficiency judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

THE WAITE NURSERY AND DEVELOPMENT COMPANY, Appellant, v. EDITH L. JUST, Respondent.† — Judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Davis, J., dissents and votes to reverse on the ground that there is a judgment of a competent court of the State of Florida in favor of plaintiff and only a part thereof has been paid by the sale of collateral security; and, therefore, the plaintiff is entitled to recover the amount unpaid under the provision of the United States Constitution, article IV, section 1.

SIMON WEIL, Appellant, v. BETTER CLASS HOMES CORPORATION and Others, Defendants, and CROSS BAY LUMBER Co., INC., Respondent.— Order holding that plaintiff is not entitled to a deficiency judgment reversed on the law and the facts, with costs, and judgment for a deficiency of $311.38 is directed for plaintiff, with costs. The undisputed evidence shows the valuation on the day of the sale of at least $4,000. The total debt, inclusive of principal, interest, taxes, fees, etc., amounted to $4,311.38. In view of this disposition, the appeal from the order denying motion to confirm the referee's report is dismissed. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.